**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: MELZER, ROBIN J           §   Case No. 12-16185
                                 §
                                 §
                                 §
Debtor(s)                        §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    CHARLES J. MYLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $7,400.00                              Assets Exempt: $19,100.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $196,661.24             Claims Discharged
                                                         Without Payment: $11,370.19

Total Expenses of Administration: $35,429.62

---

    3) Total gross receipts of $ 275,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 42,909.14 (see **Exhibit 2**), yielded net receipts of $232,090.86 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $133,966.00 | $196,641.25 | $196,641.25 | $196,641.25 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 36,229.62 | 36,229.62 | 35,429.62 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 11,370.19 | 19.99 | 19.99 | 19.99 |
| **TOTAL DISBURSEMENTS** | $145,336.19 | $232,890.86 | $232,890.86 | $232,090.86 |

4) This case was originally filed under Chapter 7 on April 20, 2012. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/09/2013          By: /s/CHARLES J. MYLER
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 626 Harper Drive, Algonquin, Il 60102 | 1110-000 | 275,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$275,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Robin Melzer | Homestead exemption | 8100-002 | 15,000.00 |
| MELZER, ROBIN J | Dividend paid 98.96% on $27,394.01; Claim# SURPLUS; Filed: $27,394.01; Reference: | 8200-002 | 27,109.14 |
| Robin Melzer | Add'l refund after order for trustee's atty's fees | 8200-002 | 800.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$42,909.14** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase | 4110-000 | 133,966.00 | N/A | N/A | 0.00 |
| | Chicago Title & Trust Co. | 4110-000 | N/A | 186,148.10 | 186,148.10 | 186,148.10 |
| | Chicago Title & Trust Co. | 4800-070 | N/A | 5,210.39 | 5,210.39 | 5,210.39 |
| | Chicago Title & Trust Co. | 4800-070 | N/A | 5,282.76 | 5,282.76 | 5,282.76 |
| **TOTAL SECURED CLAIMS** | | | **$133,966.00** | **$196,641.25** | **$196,641.25** | **$196,641.25** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHARLES J. MYLER | 2100-000 | N/A | 14,880.30 | 14,880.30 | 14,880.30 |
| Charles J. Myler | 2200-000 | N/A | 79.33 | 79.33 | 79.33 |
| Myler, Ruddy & McTavish | 3110-000 | N/A | 3,055.00 | 3,055.00 | 2,255.00 |
| Chicago Title & Trust Co. | 2500-000 | N/A | 14,150.50 | 14,150.50 | 14,150.50 |
| Chicago Title & Trust Co. | 2500-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| Chicago Title & Trust Co. | 2500-000 | N/A | 1,510.00 | 1,510.00 | 1,510.00 |
| Chicago Title & Trust Co. | 2500-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 82.92 | 82.92 | 82.92 |
| The Bank of New York Mellon | 2600-000 | N/A | 99.66 | 99.66 | 99.66 |
| The Bank of New York Mellon | 2600-000 | N/A | 87.04 | 87.04 | 87.04 |
| The Bank of New York Mellon | 2600-000 | N/A | 102.39 | 102.39 | 102.39 |
| The Bank of New York Mellon | 2600-000 | N/A | 92.88 | 92.88 | 92.88 |
| The Bank of New York Mellon | 2600-000 | N/A | 89.60 | 89.60 | 89.60 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $36,229.62 | $36,229.62 | $35,429.62 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 19.95 | 19.95 | 19.95 |
| 1I | Discover Bank | 7990-000 | N/A | 0.04 | 0.04 | 0.04 |
| NOTFILED | Hsbc/Mnrds | 7100-000 | 32.00 | N/A | N/A | 0.00 |
| NOTFILED | Discover Fin Svcs Llc | 7100-000 | 408.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 10,930.19 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $11,370.19 | $19.99 | $19.99 | $19.99 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-16185  
**Case Name:** MELZER, ROBIN J

**Trustee:** (330510) CHARLES J. MYLER  
**Filed (f) or Converted (c):** 04/20/12 (f)  
**§341(a) Meeting Date:** 06/18/12

**Period Ending:** 05/09/13

**Claims Bar Date:**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  626 Harper Drive, Algonquin, Il 60102 (u)  Orig. Asset Memo: Imported from original petition Doc# 1; | 325,000.00 | 176,034.00 | | 275,000.00 | FA |
| 2  cash  Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 22 | 50.00 | 50.00 | | 0.00 | FA |
| 3  Checking account Algonquin State Bank  Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 22 | 3,000.00 | 500.00 | | 0.00 | FA |
| 4  6 rooms of furniture and misc. Household goods  Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 22 | 1,000.00 | 0.00 | | 0.00 | FA |
| 5  clothing of an adult male  Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 22 | 100.00 | 0.00 | | 0.00 | FA |
| 6  1999 Pontiac Grad Prix  Orig. Asset Memo: Imported from Amended Doc#: 22; Original petition value: 100.00; Original asset description: clothing of an adult male; Original exemption amount: 100.00 | 3,250.00 | 3,250.00 | | 0.00 | FA |
| 6  **Assets  Totals** (Excluding unknown values) | **$332,400.00** | **$179,834.00** | | **$275,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee mailed final report to US Trustee for review

**Initial Projected Date Of Final Report (TFR):** December 31, 2012   **Current Projected Date Of Final Report (TFR):** November 30, 2012

Printed: 05/09/2013 09:07 PM   V.13.13

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-16185  
**Case Name:** MELZER, ROBIN J

**Taxpayer ID #:** **-***4567  
**Period Ending:** 05/09/13

**Trustee:** CHARLES J. MYLER (330510)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******94-65 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 07/10/12 | | Chicago Title & Trust Co. | Proceeds of sale of real estate | | | 60,698.25 | | 60,698.25 |
| | {1} | | gross sale proceeds | 275,000.00 | 1110-000 | | | 60,698.25 |
| | | | Settlement charges to seller | -14,150.50 | 2500-000 | | | 60,698.25 |
| | | | Payoff of first mortgage | -186,148.10 | 4110-000 | | | 60,698.25 |
| | | | County taxes 1/1/12 to 6/28/12 | -5,210.39 | 4800-070 | | | 60,698.25 |
| | | | County taxes 1/1/12 to 6/28/12 | -5,282.76 | 4800-070 | | | 60,698.25 |
| | | | Earnest Money | -1,000.00 | 2500-000 | | | 60,698.25 |
| | | | Credit for Owner's Policy | -1,510.00 | 2500-000 | | | 60,698.25 |
| | | | Seller Closing Cost Credit | -1,000.00 | 2500-000 | | | 60,698.25 |
| 07/27/12 | 1001 | Robin Melzer | Homestead exemption | | 8100-002 | | 15,000.00 | 45,698.25 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 82.92 | 45,615.33 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 99.66 | 45,515.67 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 87.04 | 45,428.63 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 102.39 | 45,326.24 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 92.88 | 45,233.36 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 89.60 | 45,143.76 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033051088 20130103 | | 9999-000 | | 45,143.76 | 0.00 |

|  |  | ACCOUNT TOTALS | 60,698.25 | 60,698.25 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers | 0.00 | 45,143.76 | |
|  |  | **Subtotal** | 60,698.25 | 15,554.49 | |
|  |  | Less: Payments to Debtors | | 15,000.00 | |
|  |  | **NET Receipts / Disbursements** | **$60,698.25** | **$554.49** | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 12-16185 | | **Trustee:** | CHARLES J. MYLER (330510) |
|---|---|---|---|---|
| **Case Name:** | MELZER, ROBIN J | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ****758665 - Checking Account |
| **Taxpayer ID #:** | **-***4567 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 05/09/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 45,143.76 | | 45,143.76 |
| 02/25/13 | 11002 | CHARLES J. MYLER | Dividend paid 100.00% on $14,880.30, Trustee Compensation;  Reference: | 2100-000 | | 14,880.30 | 30,263.46 |
| 02/25/13 | 11003 | Charles J. Myler | Dividend paid 100.00% on $79.33, Trustee Expenses;  Reference: | 2200-000 | | 79.33 | 30,184.13 |
| 02/25/13 | 11004 | Discover Bank | Dividend paid 100.00% on $19.95; Claim# 1; Filed: $19.95; Reference: | 7100-000 | | 19.95 | 30,164.18 |
| 02/25/13 | 11005 | Discover Bank | Dividend paid 100.00% on $0.04; Claim# 1I; Filed: $0.04; Reference: | 7990-000 | | 0.04 | 30,164.14 |
| 02/25/13 | 11006 | MELZER, ROBIN J | Dividend paid 98.96% on $27,394.01; Claim# SURPLUS; Filed: $27,394.01; Reference: | 8200-002 | | 27,109.14 | 3,055.00 |
| 03/11/13 | 11007 | Myler, Ruddy & McTavish | | 3110-000 | | 2,255.00 | 800.00 |
| 03/11/13 | 11008 | Robin Melzer | Add'l refund after order for trustee's atty's fees | 8200-002 | | 800.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 45,143.76 | 45,143.76 | **$0.00** |
| | | | Less: Bank Transfers | | 45,143.76 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **45,143.76** | |
| | | | Less: Payments to Debtors | | | 27,909.14 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$17,234.62** | |

|  |  |
|---|---|
| Net Receipts : | 60,698.25 |
| Plus Gross Adjustments : | 214,301.75 |
| Less Payments to Debtor : | 42,909.14 |
| Net Estate : | $232,090.86 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******94-65** | 60,698.25 | 554.49 | 0.00 |
| **Checking # ****758665** | 0.00 | 17,234.62 | 0.00 |
| | **$60,698.25** | **$17,789.11** | **$0.00** |

{} Asset reference(s)